**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Joseph M.A. Charles    Case No. 19-08467    Chapter 13

All Cases: Moving Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4    Date Case Filed 3/25/19

Nature of Relief Sought: ■ Lift Stay    ☐ Annul Stay    ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing 08/26/2019    or Date Plan Confirmed

Chapter 7: ☐ No-Asset Report Filed on
          ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model
   c. ☐ Other (describe)

2. Balance Owed as of 07/16/2019    $235,357.08
   Total of all other Liens against Collateral    $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)    $131,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months    40    Amount    $51,703.58

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months    4    Amount    $2,184.60

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months       Amount

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid    Amount $
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe)

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date: August 7, 2019           /s/ Brenda Likavec
(Rev. 12/21/09)           Counsel for Movant