**EXHIBIT A**

| Name: | Joseph M.A. Charles | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 19-08467 | | | | | |
| Filing Date: | 3/25/2019 | | | | | |
| Post First Due: | 4/1/2019 | | | | Completed By: | Peddanna |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | No Payments Received | | | $           - | $           - | |

| LOAN IS POST-PETITION DUE FOR 4/1/19 | | | | | | |
|---|---|---|---|---|---|---|
| Due Date | Total Payment | Principal | Interest | Escrow | Optional Products | NOPC Filed Date |
| 4/1/2019 | $       546.15 | $       105.61 | $       107.28 | $       333.26 | $           - | |
| 5/1/2019 | $       546.15 | $       105.78 | $       107.11 | $       333.26 | $           - | |
| 6/1/2019 | $       546.15 | $       105.96 | $       106.93 | $       333.26 | $           - | |
| 7/1/2019 | $       546.15 | $       106.13 | $       106.76 | $       333.26 | $           - | |
| Total Due | $     2,184.60 | $       423.48 | $       428.08 | $     1,333.04 | $           - | |